FILED
2013 JUN 20 P 4:41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIAN MARKA, | No. CV 13-02863 SC |
| Plaintiff, | **ORDER** |
| v. | |
| MARKA SHIPPING, | |
| Defendant. | |

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Honorable SAMUEL CONTI** in the **SAN FRANCISCO division** for all further proceedings. Counsel are instructed that all future filings shall bear the **initials SC** immediately after the case number. All hearing dates presently scheduled are vacated and motions should be renoticed for hearing before the judge to whom the case has been reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R. Civ. P. 72(b).

FOR THE EXECUTIVE COMMITTEE:

Dated: June 20, 2013

*Richard W. Wieking*
Richard W. Wieking
Clerk of Court

rev 4-12