**COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP**
Rupert P. Hansen (SBN 82302)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff OCTAVIAN MARKA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIAN MARKA LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARKA SHIPPING LTD., *in personam*, and M/T MARKA, IMO no. 9512484, her engines, tackle, gear, and appurtenances, *in rem*,<br><br>　　　　Defendants. | Case No.: CV 13 2863 SC<br><br>**IN ADMIRALTY**<br><br>**[PROPOSED] ORDER ISSUING WARRANT OF ARREST** |

Pursuant to Local Admiralty Rule 3-1, this Court has reviewed the Complaint and Verification thereto and supporting papers filed by Plaintiff. Based on this review, the Court is satisfied that the conditions exist for an action *in rem* under Supplemental Rule D of the Supplemental Rules For Certain Admiralty And Maritime Claims.

The Clerk is hereby authorized and directed forthwith to issue a Warrant for the Arrest of the Defendant Vessel *M/T MARKA* (IMO No. 9512484) in this action.

**IT IS SO ORDERED.**

Date: June 20, 2013

　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE