COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Rupert P. Hansen (SBN 82302)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff OCTAVIAN MARKA LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIAN MARKA LLC, | Case No. CV 13 2863 SC |
| Plaintiff, | IN ADMIRALTY |
| v. | WARRANT OF ARREST |
| MARKA SHIPPING LTD., *in personam*, and M/T MARKA, IMO no. 9512484, her engines, tackle, gear, and appurtenances, *in rem*, | |
| Defendants. | |

**TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA**

1. The Complaint in this action was filed in this Court on June 20, 2013, seeking damages against MARKA SHIPPING LTD., *in personam*, and *in rem* against the *M/T MARKA*, IMO number 9512484, (the "Vessel"), now located at Berth 3, Rodeo, California

2. In accordance with Supplemental Rule D for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Rule 3, **YOU ARE HEREBY COMMANDED** to arrest and take into custody Defendant *M/T MARKA* and to detain it and to transfer custody of it to the Substitute Custodian as appointed by this Court and to release the Vessel as this Court may direct upon further Order.

3. **YOU ARE FURTHER COMMANDED** that, if the character or situation of the

1  Defendant Vessel is such that the taking of actual custody is impracticable, to affix a
2  copy of this Warrant in a conspicuous place on the Vessel where it is located and to
3  leave a copy of the Warrant and Complaint with the person having possession of the
4  Vessel or his agent.
5  4. Claims of persons alleging possession of the Vessel arrested hereunder shall be filed
6  with the Clerk and a copy thereof served upon Plaintiff's attorney within the time
7  periods ascribed in the Federal and Local Admiralty Rules.
8  5. Any persons claiming an interest in the Vessel may pursue the post-arrest remedies set
9  forth in Supplemental Rule E.

Dated: June 20, 2013

GINA AGUSTINE
CLERK, U.S. District Court for the Northern District of California

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO,
CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

HS.Varamo

-2-  Case No.
WARRANT OF ARREST