1 | JOHN D. GIFFIN, CASB No. 89608
JESSICA LUHRS, CASB No. 284846
2 | KEESAL, YOUNG & LOGAN
A Professional Corporation
3 | 450 Pacific Avenue
San Francisco, CA 94133
4 | Telephone: (415) 398-6000
Facsimile: (415) 981-0136
5
Attorneys for PANAMAX INTERNATIONAL (P.I.)
6

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10

| 11 | OCTAVIAN MARKA LLC, | ) | Case No. CV-13-2863-SC |
|----|---|---|---|
| 12 | Plaintiff, | ) | **PANAMAX INTERNATIONAL (P.I.)'S VERIFIED STATEMENT OF INTEREST** |
| 13 | vs. | ) | |
| 14 | MARKA SHIPPING LTD., in personam, and M/T MARKA, IMO no. 9512484, her engines, tackle, gear and appurtenances, in rem, | ) | **[RESTRICTED APPEARANCE PURSUANT TO F.R.C.P. SUPPLEMENTAL ADMIRALTY RULE E(8)]** |
| 15 | | ) | |
| 16 | Defendants. | ) | |

17    PANAMAX INTERNATIONAL (P.I.) hereby gives notice of its interest in the vessel

18 M/T MARKA, IMO no. 9512484 ("M/T MARKA") which is currently subject to a Warrant of Arrest

19 issued by this court on June 20, 2013.

20    PANAMAX INTERNATIONAL (P.I.) is the time-charterer of the vessel M/T

21 MARKA, owns bunker fuel aboard the vessel, has made advance hire payments for the charter of the

22 M/T MARKA, and thus constitutes a party claiming an interest in the property that is the subject of

23 this action.

24    PANAMAX INTERNATIONAL (P.I.) hereby gives notice of its interest in the vessel

25 M/T MARKA by and through its counsel, and respectfully requests that all notices given or required

26 to be given in these proceedings and/or papers served or required to be served in these proceedings, be

27 served upon the undersigned at the office address, facsimile, electronic email addresses listed below:

28    //

1 | JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
2 | JESSICA LUHRS, CASB No. 284846
jessica.luhrs@kyl.com
3 | KEESAL, YOUNG & LOGAN
A Professional Corporation
4 | 450 Pacific Avenue
San Francisco, CA 94133
5 | Telephone: (415) 398-6000
Facsimile: (415) 981-0136

8 | DATED: June 25, 2013          */s/ Jessica Luhrs*
                                  JOHN D. GIFFIN
9                                 JESSICA LUHRS
                                  KEESAL, YOUNG & LOGAN
10                                Attorneys for PANAMAX INTERNATIONAL
                                  (P.I.)

- 2 -                                                                    KYL_SF602417

PANAMAX INTERNATIONAL (P.I.)'S VERIFIED STATEMENT OF INTEREST
[RESTRICTED APPEARANCE PURSUANT TO F.R.C.P. SUPPLEMENTAL ADMIRALTY RULE
E(8)] - Case No. CV-13-2863-SC

| | |
|---|---|
| 1 | VERIFICATION |
| 2 | I, Christian Csaszar, declare: |
| 3 | I am a Director of PANAMAX INTERNATIONAL (P.I.), the time-charterer of the |
| 4 | vessel M/T MARKA. PANAMAX INTERNATIONAL (P.I.) owns bunker fuel aboard the vessel |
| 5 | M/T MARKA and has made advance hire payments for the charter of the M.T. MARKA. I make this |
| 6 | Verification in support of PANAMAX INTERNATIONAL (P.I.)'s Verified Statement of Interest. I |
| 7 | am personally familiar with the underlying facts recited in the Verified Statement of Interest and |
| 8 | verify that they are true to the best of my knowledge. |
| 9 | I declare under penalty of perjury under the laws of the State of California and the |
| 10 | United States of America that the foregoing is true and correct. |
| 11 | Executed the 25th of June 2013, at  *Santiago de Chile.* |

<br/>

_[signature]_
Christian Csaszar
Director of the Charterer
PANAMAX INTERNATIONAL (P.I.)