# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

FILED
JUN 27 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| OCTAVIAN MARKA LLC | CV-13-2863 SC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MARKA SHIPPING LTD., in personam & M/T MARKA, IMO No. 9512484, her engines, tackle, appurtenances, in rem | Arrest, Cmpl., Ordr |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/T MARKA

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Anchorage 9, San Francisco Bay, CA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Max Lee Kelley
Cox, Wootton, Griffin, Hansen & Poulos, LLP
190 The Embarcadero
San Francisco, CA 94105 (415)438-4600

| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Arrest vessel pursuant & turn over to substitute custodian

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF  ☐ DEFENDANT
Max Lee Kelley
TELEPHONE NUMBER: (415)438-4600
DATE: June 21, 2013

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | 11 | 11 | 5657 | 6/21/13 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Vessel Marka & Master

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 6/21/13  Time: 10:00 am

Signature of U.S. Marshal or Deputy: 5657

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $330 | $1.36 | | 331.36 | 10,000 | -pending- Final res. | |

REMARKS:
Vessel arrested @ Anch 9 & turned over to Subst Custodian

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Rupert P. Hansen (SBN 82302)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff OCTAVIAN MARKA LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIAN MARKA LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARKA SHIPPING LTD., *in personam,* and M/T MARKA, IMO no. 9512484, her engines, tackle, gear, and appurtenances, *in rem,*<br><br>　　　　　Defendants. | Case No. CV 13 2863<br><br>IN ADMIRALTY<br><br>WARRANT OF ARREST |

**TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA**

1. The Complaint in this action was filed in this Court on June 20, 2013, seeking damages against MARKA SHIPPING LTD., *in personam,* and *in rem* against the *M/T MARKA*, IMO number 9512484, (the "Vessel"), now located at Berth 3, Rodeo, California

2. In accordance with Supplemental Rule D for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Rule 3, **YOU ARE HEREBY COMMANDED** to arrest and take into custody Defendant *M/T MARKA* and to detain it and to transfer custody of it to the Substitute Custodian as appointed by this Court and to release the Vessel as this Court may direct upon further Order.

3. **YOU ARE FURTHER COMMANDED** that, if the character or situation of the

WARRANT OF ARREST                    -1-                    Case No.

1. Defendant Vessel is such that the taking of actual custody is impracticable, to affix a copy of this Warrant in a conspicuous place on the Vessel where it is located and to leave a copy of the Warrant and Complaint with the person having possession of the Vessel or his agent.
2. 4. Claims of persons alleging possession of the Vessel arrested hereunder shall be filed with the Clerk and a copy thereof served upon Plaintiff's attorney within the time periods ascribed in the Federal and Local Admiralty Rules.
3. 5. Any persons claiming an interest in the Vessel may pursue the post-arrest remedies set forth in Supplemental Rule E.

Dated: June 20, 2013

GINA AGUSTINE
_____
CLERK, U.S. District Court for the Northern District of California

HEREBY CERTIFY AND RETURN THAT I HAVE SERVED THE
WITHIN _Warrant_ THIS DATE _6/21/19_
BY GIVING A COPY TO _arresting vessel @_
_Anch 9 & turn over to sub_
_custodian (National Marshal_
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT ... NIA

BY: _____
DEPUTY UNITED STATES MARSHAL
_for Donald M. O'Keefe_

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO,
CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

HS.Varamo

-2-

WARRANT OF ARREST

Case No.