JOHN D. GIFFIN, CASB No. 89608
JESSICA LUHRS, CASB No. 284846
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Interested Party PANAMAX INTERNATIONAL (P.I.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIAN MARKA LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MARKA SHIPPING LTD., in personam, and M/T MARKA, IMO no. 9512484, her engines, tackle, gear and appurtenances, in rem,<br><br>　　　　　　　　Defendants. | Case No. CV-13-2863-SC<br><br>**STIPULATED APPLICATION FOR AN ORDER; [PROPOSED] ORDER**<br><br>**[RESTRICTED APPEARANCE PURSUANT TO F.R.C.P. SUPPLEMENTAL ADMIRALTY RULE E(8)]** |

　　　　Interested Party PANAMAX INTERNATIONAL (P.I.) ("PANAMAX") and Plaintiff OCTAVIAN MARKA LLC ("OCTAVIAN") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

　　　　WHEREAS, OCTAVIAN is the owner of the vessel M/T MARKA (IMO NO. 9512484) ("M/T MARKA");

　　　　WHEREAS, on June 20, 2013 OCTAVIAN filed a Verified Complaint seeking a Warrant of Arrest against the M/T MARKA pursuant to the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule D;

　　　　WHEREAS, on June 20, 2013, this Court issued a Warrant of Arrest pursuant to which the M/T MARKA was arrested;

　　　　WHEREAS, Defendant MARKA SHIPPING LTD. is the bareboat charterer of the M/T MARKA and has not appeared in this action or otherwise made a claim;

1     WHEREAS, on June 25, 2013, Interested Party PANAMAX made a special appearance by filing a Verified Statement of Interest stating that it is, among other things, the time-charterer of the M/T MARKA and owner of bunker fuel aboard the vessel; and

    WHEREAS, the Parties wish to commission a joint bunker survey in order to determine the precise amount of fuel aboard the M/T MARKA and the amount consumed during its arrest (the "Survey"), and seek an Order from the Court permitting a surveyor to attend onboard the M/T MARKA to conduct the Survey with the cost split evenly between the Parties. The purpose of the Survey is to determine quantity only, and no bunkers or other materials will be removed from the vessel.

    IT IS SO STIPULATED AND AGREED.

DATED: June 27, 2013                /s/ Jessica Luhrs
                                                  JOHN D. GIFFIN
                                                  JESSICA LUHRS
                                                  KEESAL, YOUNG & LOGAN
                                                  Attorneys for Interested Party PANAMAX INTERNATIONAL (P.I.)

DATED June 27, 2013                /s/ Rupert P. Hansen
                                                  RUPERT P. HANSEN
                                                  COX, WOOTTON, GRIFFIN, HANSEN & POULOS LLP
                                                  Attorney for Plaintiff OCTAVIAN MARKA LLC

*Filer's Attestation: Pursuant to Civil Local Rule 5-1 (i)(3) regarding signatures, Jessica Luhrs hereby attests that concurrence in the filing of this document has been obtained.*

**[~~PROPOSED~~] ORDER**

Based on the foregoing Stipulation and good cause appearing, IT IS HEREBY ORDERED THAT:

1. At their mutual expense, PANAMAX INTERNATIONAL (P.I.) and OCTAVIAN MARKA LLC may commission a joint bunker survey to determine the precise amount of fuel aboard the M/T MARKA and the amount consumed during its arrest (the "Survey").
2. A surveyor will be permitted to attend onboard the M/T MARKA to conduct the Survey.

**IT IS SO ORDERED.**

DATED: June 28, 2013

*[signature]*
THE HONORABLE SAMUEL CONTI
U.S. DISTRICT COURT JUDGE