AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**FILED ORIGINAL**

JUN 28 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIAN MARKA LLC ) | |
| ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| GENAL DENZCILIK NAKLIYATI AS dba GEDEN ) | |
| LINES, in personam, and M/T MARKA ) | |
| *Defendant* ) | |

CV 13 2863 SC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* M/T MARKA, IMO no. 9512484, her engines, tackle, gear and appurtenances, in rem

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 20 2013

HELEN ALMACEN

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* M/T MARKA
was received by me on *(date)* June 21, 2013 .

☑ I personally served the summons on the individual at *(place)* M/T Marka + her
Master @ Anchorage 9, S.F. on *(date)* 6/21/2013 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 1.36 for travel and $ 330.00 for services, for a total of $ 331.36 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: 6/21/2013

Server's signature

Christian Hausman, Supervisory Deputy
Printed name and title
United States Marshals Service
Northern District of California
450 Golden Gate Avenue
P.O. Box 36056
San Francisco, California 94102
Attn: APL

Server's address

Additional information regarding attempted service, etc:

UNITED STATES MARSHALS SERVICE
450 GOLDEN GATE AVENUE
P.O. BOX 36056, RM# 20-6888
SAN FRANCISCO, CA 94102
ATTN: Process Service Unit