JOHN D. GIFFIN, CASB No. 89608
JESSICA LUHRS, CASB No. 284846
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, CA 94133
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Interested Party PANAMAX INTERNATIONAL (P.I.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIAN MARKA LLC, <br><br>                    Plaintiff, <br><br>          vs. <br><br> MARKA SHIPPING LTD., in personam, and M/T MARKA, IMO no. 9512484, her engines, tackle, gear and appurtenances, in rem, <br><br>                    Defendants. | Case No. CV-13-2863-SC <br><br> **ACKNOWLEDGMENT OF SATISFACTION OF INTEREST** <br><br> **[RESTRICTED APPEARANCE PURSUANT TO F.R.C.P. SUPPLEMENTAL ADMIRALTY RULE E(8)]** |

Interested Party PANAMAX INTERNATIONAL (P.I.) ("PANAMAX"), by and through its counsel of record, acknowledges that its interest in the vessel M/T MARKA (IMO NO. 9512484) as set forth in its Verified Statement of Interest dated June 25, 2013 (Dkt # 17) and filed with this Court has been satisfied, and PANAMAX hereby gives notice that it has no further interest in that vessel.

DATED:  July 30, 2013

*/s/ John Giffin*
JOHN D. GIFFIN
JESSICA LUHRS
KEESAL, YOUNG & LOGAN
Attorneys for Interested Party PANAMAX INTERNATIONAL (P.I.)