**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIAN MARKA, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>MARKA SHIPPING LTD., in personam, and M/T MARKA, IMO NO. 9512484, in rem,<br><br>  Defendants. | Case No. 13-2863 SC<br><br>ORDER DENYING EX PARTE <u>APPLICATION</u> |

Now before the Court is Plaintiff Octavian Marka, LLC's ("Plaintiff") ex parte application for an order releasing the in rem defendant vessel, the M/T Marka, from arrest and for dismissal of this action without prejudice. ECF No. 26 ("Ex Parte App."). Plaintiff's counsel has filed a declaration of non-opposition on behalf of one of the directors of Defendant Marka Shipping Ltd. ("Defendant"), ECF No. 28, though it remains unclear if this director has the authority to speak on behalf of Defendant. Defendant has yet to make a formal appearance in this action. The Court held a hearing on the matter on August 5, 2013. For the reasons set forth at the hearing, the Ex Parte Application is

DENIED without prejudice. The Court grants Plaintiff leave to re-file an application. Among other things, the amended application should specify to whom the M/T Marka is being released. The Court also grants Plaintiff leave to file under seal the "confidential settlement" referred to in the Ex Parte Application. For future filings, the Court advises Plaintiff to follow the guidance set forth by the Court at the hearing.

IT IS SO ORDERED.

Dated: August 5, 2013

UNITED STATES DISTRICT JUDGE

2