**COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP**
Rupert P. Hansen (SBN 82302)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff OCTAVIAN MARKA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIAN MARKA LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARKA SHIPPING LTD., *in personam,* and M/T MARKA, IMO no. 9512484, her engines, tackle, gear, and appurtenances, *in rem,*<br><br>Defendants. | Case No.: CV13-2863 SC<br><br>**IN ADMIRALTY**<br><br>**DECLARATION OF RUPERT P. HANSEN IN SUPPORT OF PLAINTIFF OCTAVIAN MARKA LLC'S RENEWED *EX PARTE* APPLICATION FOR AN ORDER RELEASING THE *IN REM* DEFENDANT VESSEL FROM ARREST AND FOR DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>SUPP. F.R.C.P., Rules E(5)(d), and F.R.C.P. 41 (a) |

**DECLARATION IN SUPPORT
OF RENEWED *EX PARTE* APPLICATION**

I, RUPERT P. HASEN, declare:

1. I am counsel of record to Plaintiff OCTAVIAN MARKA, LLC ("OCTAIVIAN") in this case. I have personal knowledge of the matters stated herein and could and would competently testify thereto.

2. On June 20, 2013, Plaintiff OCTAVIAN, the owner of the defendant Vessel, filed a Verified Complaint ("Complaint") *in rem* against the Vessel and *in personam* against the bareboat charterer of the Vessel, defendant MARKA SHIPPING LTD ("MARKA

-1-   Case No. CV-13-2863 SC
DECLARATION OF RUPERT P HANSEN IN SUPPORT OF RENEWED EX PARTE APPLICATION FOR RELEASE OF VESSEL FROM ARREST AND DISMISSAL WITHOUT PREJUDICE

SHIPPING"), as well as other pleadings required under Rule D of the Supplemental Rules, seeking an order from this Court authorizing the U.S. Marshal ("Marshal") to arrest the Vessel *in rem*.

3. The Court authorized the arrest on June 20, 2013, and the Vessel was arrested by the Marshal the next day, June 21, 2013.

4. Upon arrest, the Marshal transferred custody of the Vessel to the duly-appointed substitute custodian, National Maritime Services ("Substitute Custodian"). Since that time, the Vessel has been lying at anchor at Anchorage 9 in San Francisco Bay under the safekeeping of the Substitute Custodian.

5. As of this filing, neither defendant MARKA SHIPPING nor defendant Vessel has appeared in the action or answered the Complaint.

6. The time charterer of the Vessel, claimant PANAMAX, filed a Verified Statement of Interest ("Statement of Interest") on June 25, 2013.

7. On July 30, 2013, Claimant PANAMAX filed an Acknowledgement of Satisfaction of Intereest stating that its Statement of Interest has been satisfied and that it has no further interest in the defendant vessel.

9. The U.S. Marshal and the Substitute Custodian will be paid before the U.S. Marshal will release the defendant vessel from arrest.

10. We were unable to use a Stipulation (such as that contemplated by the form of Exhibit C to the Settlement Agreement) to request a Sipulated Order to release the vessel and dismiss the case, because MARKA SHIPPING did not retain local counsel in the Northen District of California, which made this *Ex Parte* Application supported by declarations necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th[t] Day of August, 2013, at San Francisco, California.

_____
Rupert P. Hansen

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

HS.Varamo