COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Rupert P. Hansen (SBN 82302)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff OCTAVIAN MARKA LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIAN MARKA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MARKA SHIPPING LTD., *in personam*, and M/T MARKA, IMO no. 9512484, her engines, tackle, gear, and appurtenances, *in rem*,<br><br>    Defendants. | Case No.: CV13-2863 SC<br><br>IN ADMIRALTY<br><br>DECLARATION OF TUGRUL TOKGOZ IN SUPPORT OF PLAINTIFF OCTAVIAN MARKA LLC'S RENEWED *EX PARTE* APPLICATION FOR AN ORDER RELEASING THE *IN REM* DEFENDANT VESSEL FROM ARREST AND FOR DISMISSAL OF ACTION WITHOUT PREJUDICE<br><br>SUPP. F.R.C.P., Rules E(5)(d), and F.R.C.P. 41 (a) |

DECLARATION OF NON-OPPOSITION TO RENEWED
*EX PARTE* APPLICATION

I, TUGRUL TOKGOZ, declare:

1. I am a Director of of MARKA SHIPPING LTD. ("MARKA SHIPPING"), a defendant in this action. I am also a Manager of MARKA SHIPPING authorized to bind MARKA SHIPPING and authorized to make this Declaration on its behalf. I have personal knowledge of the matters stated herein based on my service as a Director of MARKA SHIPPING.

////

2. Attached hereto as Exhibit 1 is a true and correct copy of a resolution duly made by a quorum of the directors of MARKA SHIPPING authorizing me, as a Manager of MARKA SHIPPING, to make this declaration to the court in the above referenced lawsuit.

3. MARKA SHIPPING has no objection to and does not oppose the Renewed *Ex Parte* Application for Release from Arrest of the defendant vessel M/T MARKA and dismissal of this action without prejudice and each party to bear their own costs.

3. MARKA SHIPPING, as bareboat charterer, has relinquished all its legal rights to the M/T MARKA to Plaintiff OCTAVIAN MARKA LLC, owner of the M/T MARKA, pursuant to the Settlement Agreement being filed under seal with the Court to protect its confidentiality. On behalf of MARKA SHIPPING I confirm that OCTAVIAN MARKA LLC is to receive possession of the M/T MARKA from the court appointed custodian in the Lawsuit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of August, 2013, at Istanbul, Turkey.

_____
Name: TUGRUL TOKGOZ
Title: Director and Manager of MARKA SHIPPING LTD.

-1-

## CORPORATE RESOLUTION OF MARKA SHIPPING LTD.

We, the undersigned, being a quorum of the directors of Marka Shipping Ltd. necessary to duly make corporate resolutions, consent and agree that the following corporate resolution was duly made on August 06, 2013, at Istanbul, Turkey.

We do hereby consent to the adoption of the following resolution as if it was adopted at a specially called meeting of the board of directors of this corporation. In accordance with all applicable laws and the bylaws of this corporation, and by a quorum necessary to make corporate resolutions on behalf of Marka Shipping Ltd., the directors of Marka Shipping Ltd. have decided and hereby resolve that:

In the matter of *OCTAVIAN MARKA LLC v. MARKA SHIPPING LTD.*, *in personam*, and *M/T MARKA* (IMO no. 9512484), *in rem*, Case No. cv 13-2863 SC (U.S.D.C. N.D. Cal.) ("Lawsuit"), Marka Shipping Ltd. does not oppose plaintiff Octavian Marka LLC's Ex Parte Application for an order releasing the vessel M/T MARKA from arrest and dismissing the case without prejudice, each party to bear their own costs. Further, with *OCTAVIAN MARKA LLC* to receive possession of the M/T MARKA from the court-appointed custodian in the Lawsuit.

TUGRUL TOKGOZ is hereby authorized to make a declaration as Manager of Marka Shipping Ltd. affirming the foregoing.

| Director signature | TUGRUL TOKGOZ | 06.08.2013 |
| --- | --- | --- |
| Director signature | M. BULENT ERGIN | 06.08.2013 |
| Director signature | BEKIR IRDEM | 06.08.2013 |

EXHIBIT "____"

-1-