| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| | **HANSEN & POULOS, LLP** |
| 2 | Rupert P. Hansen (SBN 82302) |
| | Max L. Kelley (SBN 205943) |
| 3 | 190 The Embarcadero |
| | San Francisco, CA 94105 |
| 4 | Telephone No.: 415-438-4600 |
| | Facsimile No.: 415-438-4601 |
| 5 | |
| 6 | Attorneys for Plaintiff OCTAVIAN MARKA LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OCTAVIAN MARKA LLC, | ) | Case No.: CV13-2863 SC |
| | ) | |
| Plaintiff, | ) | **IN ADMIRALTY** |
| | ) | |
| v. | ) | [~~PROPOSED~~] **ORDER ON** |
| | ) | **RENEWED** *EX PARTE* |
| MARKA SHIPPING LTD., *in personam*, | ) | **APPLICATION FOR AN ORDER** |
| and M/T MARKA, IMO no. 9512484, her | ) | **RELEASING THE** *IN REM* |
| engines, tackle, gear, and appurtenances, *in* | ) | **DEFENDANT VESSEL FROM** |
| *rem*, | ) | **ARREST AND FOR DISMISSAL OF** |
| | ) | **ACTION** |
| Defendants. | ) | |
| | ) | **SUPP. F.R.C.P. E(5)(d) and** |
| | ) | **F.R.C.P. 41 (a)** |

The Court having considered the Renewed *Ex Parte* Application of Plaintiff OCTAVIAN MARKA LLC, for an order: (1) releasing the *in rem* defendant vessel M/T MARKA, IMO no. 9512484, her engines, tackle, gear, and appurtenances ("Vessel") from the Arrest Warrant issued in the captioned action and to Plaintiff OCTAVIAN MARKA, LLC; and (2) dismissing this action in its entirety, without prejudice, with each party to bear their own costs; and the Court noting that neither *in personam* defendant MARKA SHIPPING LTD nor *in rem* defendant Vessel have yet appeared in this action; that MARKA SHIPPING LTD's manager Togrul Tokgoz has filed a duly authorized declaration, that MARKA SHIPPING LTD does not oppose this Renewed *Ex Parte* Application and agrees that upon release from arrest the possession of the defendant Vessel should be tendered to plaintiff OCTAVIAN MARKA LLC; that Claimant PANAMAX INTERNATIONAL (P.I.)

-1-   EXHIBIT "___"   Case No. CV-13-2863 SC

[~~PROPOSED~~] ORDER ON *EX PARTE* APPLICATION FOR RELEASE OF VESSEL AND DISMISSAL

1  has filed an Acknowledgement that its Statement of Interest has been satisfied, that
2  PANAMAX INTERNATIONAL (P.I.) does not oppose this Application, and that Plaintiff
3  OCTAVIAN MARKA LLC and Claimant PANAMAX INTERNATIONAL (P.I.) comprise
4  all the parties to have appeared this case, and that this Application is made pursuant to Rule
5  E(5)(d) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture
6  Actions, of Federal Rules of Civil Procedure ("Supplemental Rules"), and for dismissal of
7  this action without prejudice, pursuant to Rule 41(a) of the Federal Rule of Civil Procedure,
8  and GOOD CAUSE APPEARING THEREFORE;

**IT IS HEREBY ORDERED THAT** the defendant Vessel shall be released from arrest herein and from the custody of the Substitute Custodian National Maritime Services and the United States Marshal for the Northern District of California, and the Substitute Custodian and Marshall are directed to tender custody of the defendant Vessel as and where she lies in the Northern District of California to plaintiff OCTAVIAN MARKA LLC, upon plaintiff OCTAVIAN MARKA LLC's satisfaction of all of the Substitute Custodian's fees and expenses of custody after deducting any deposits and prior payments tendered by Plaintiff OCTAVIAN MARKA LLC, and upon payment of the Marshal's fees and costs of custody from the plaintiff OCTAVIAN MARKA LLC's deposit with the Marshal, along with payment of any fees and costs of custoday in excess of plaintiff ' OCTAVIAN MARKA LLC's  deposit that may be outstanding and unpaid; and

**IT IS FURTHER ORDERED THAT**, that upon the U.S. Marshal and the Custodian filing certification with the court that their fees and expenses incurred in this action have been paid by plaintiff OCTAVIAN MARKA LLC, that the instant action shall be dismissed without prejudice and without costs to any party.

Dated: August, 7, 2013

_____
U.S. District Judge

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO,
CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

HS.Varamo